In re NORTHEAST DAIRY COOPERA-
TIVE FEDERATION, INC., Debtor.

NORTHEAST DAIRY COOPERATIVE
FEDERATION INC., Plaintiff,

v.

DELLWOOD FOODS, INC., Eastern Milk
Producers Cooperative Association,
Inc., Thomas A. Wilson, as Market Ad-
ministrator, John R. Block, United
States Secretary of Agriculture, Canajo-
harie Cooperative Milk Producers, Inc.,
Poland Milk Producers Cooperative
Dairies, Inc., Schoharie County Cooper-
ative Dairies, Inc., and Hershey Foods
Corporation, Defendants.

Misc. No. 1785.

United States District Court,
N.D. New York.

Aug. 6, 1987.

Hancock & Estabrook, Syracuse, N.Y.,
for debtor; Donald J. Kemple, of counsel.

Botein, Hays & Sklar, New York City,
for Dellwood Foods, Inc.; James Altman,
of counsel.

Williams, Micale & Wells, Syracuse,
N.Y., for Eastern Milk Co-op.; Peter N.
Wells, of counsel.

Moses & Singer, New York City, for
Sunnydale Farms, Inc.; David Rebinowitz,
of counsel.

Frederick J. Scullin, Jr., Syracuse, N.Y.,
U.S. Atty., N.D.N.Y., for Thomas A. Wil-
son; William H. Pease, Asst. U.S. Atty., of
counsel.

Kevin F. Meckus, Dept. of Agriculture,
Washington, D.C., for John R. Block.

McPhillips, Fitzgerald, Meyer & McLeni-
than, Glen Falls, N.Y., for Canajoharie-Co-
op and Schoharie Co-op; James D. Horo-
witz, of counsel.

Walter G. Pratt, Utica, N.Y., for Poland
Milk Co-op.

Finkel, Goldstein & Berzow, New York
City, for Hershey Foods Corp.; Kevin J.
Nash, of counsel.

Menter, Rudin & Trivelpiece, P.C., Syra-
cuse, N.Y., for Creditors' Committee; Pe-
ter L. Hubbard, of counsel.

ORDER

MUNSON, Chief Judge.

This matter is before the court upon the
parties' motions for summary judgment
pursuant to Bankruptcy Rule 7056. Bank-
ruptcy Judge Stephen D. Gerling has is-
sued proposed findings of facts and conclu-
sions of law pursuant to 28 U.S.C.
§ 157(c)(1).

All of the defendants except defendants
Dellwood Foods, Inc. ("Dellwood"), Sunny-
dale Farms, Inc. and Hershey Foods Corpo-
ration have filed "notices of appeal" with
the bankruptcy court. However, appeal is
not the correct procedure under 28 U.S.C.
§ 157(c)(1). Rather this court has con-
sidered the points raised by these defend-
ants as objections under § 157(c)(1).

Following review of the record in this
case the court hereby adopts the well-rea-
soned and exhaustive memorandum-deci-
sion of Judge Gerling. 72 B.R. 663.
Therefore, the motion by plaintiff-debtor
Northeast Dairy Cooperative Federation,
Inc. ("NEDCO") for summary judgment on
its claims against all defendants is granted.
The motions by defendants Eastern Milk
Producers Cooperative Association, Inc.
("Eastern"), Canajoharie Cooperative Milk
Producers, Inc., Poland Milk Producers Co-
operative Dairies, Inc., Schoharie County
Cooperative Dairies, Inc., Hershey Food
Corporation, and the Market Administrator
for summary judgment on their cross-
claims against Dellwood are denied, and
those cross claims are dismissed. Dell-
wood's motion for summary judgment dis-
charging it from further liability for the
interpleader funds is granted. Dellwood
shall submit to the court a recapitulation of
its attorney fees and costs for approval.
Once this court has approved Dellwood's
fee application, Dellwood shall disburse the
interpleader funds to NEDCO, less the ap-
proved fees and costs. Dellwood's motion
for summary judgment on its cross claim
against Eastern respecting milk purchased
from NEDCO in April 1985 is granted.

Dellwood's motion to join Citicorp Industrial Credit, Inc. as a party defendant is granted.

It is so Ordered.